IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARGIE MOUDY                                                                                    PLAINTIFF

VS.                                                                              CASE NO. 3:06CV00198 SWW

BNSF RAILWAY COMPANY d/b/a
THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY                                                   DEFENDANT

### ORDER TO EXTEND DISCOVERY DEADLINE

Now on this 1st day of August, 2007, this matter comes on to be heard the parties' joint motion to extend the discovery and evidentiary deposition deadline. For good cause shown, the scheduling order is, by agreement of the parties with respect to discovery and evidentiary deposition deadline amended until September 14, 2007.

ENTERED this 1st day of August, 2007.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE