*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ARGIE MOUDY

vs.                                              NO. 3:06CV00198 SWW

BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY

**ORDER OF DISMISSAL**

    Pursuant to counsel in this action advising the Court on October 1, 2007, that this matter was settled in mediation,

    IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

    DATED this 2nd day of October, 2007.

    /s/Susan Webber Wright

    UNITED STATES DISTRICT JUDGE